UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIO SANCHEZ, Individually, and On Behalf of All Others Similarly Situated, | § § § § | No. 5:17–CV–811–DAE |
| Plaintiffs, | § § | |
| vs. | § § | |
| KHBJR ENTERPRISE LLC, d/b/a 4th Quarter Sports Bar, ET AL., | § § § | |
| Defendants. | § § | |

ORDER GRANTING PLAINTIFF MARIO SANCHEZ, INDIVIDUALLY, AND 4TH QUARTER DEFENDANTS' JOINT MOTION TO APPROVE A CONFIDENTIAL SETTLEMENT AGREEMENT (DKT. # 49)

Before the Court is a Joint Motion to Approve a Confidential Settlement Agreement filed by Plaintiff Mario Sanchez, in his individual capacity ("Plaintiff" or "Sanchez"), and Defendants KHBJR Enterprise LLC, d/b/a 4th Quarter Sports Bar ("KHBJR Enterprise"), JHEK Enterprises LLC ("JHEK Enterprises"), and Kenneth Henry Baker Jr. ("Baker") (collectively, "4th Quarter Defendants") on April 12, 2018.  (Dkt. # 49.)  Pursuant to Local Rule CV-7(h), the Court finds this matter suitable for disposition without a hearing.  After reviewing the instant motion and the Confidential Settlement Agreement (Dkt. # 56), the Court **GRANTS** the parties' Joint Motion to Approve a Confidential Settlement Agreement.  (Dkt. # 49.)

1

The Court has considered the representations and submissions by counsel for both parties regarding the collective action claims asserted under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.  After scrutinizing the Settlement Agreement reached by the parties, which has been filed under seal and will not be made part of the public record, the Court finds that the Settlement Agreement is fair, reasonable, and in the best interest of the parties.  Accordingly, the Court **APPROVES** the Confidential Settlement Agreement.

Each party shall bear its own costs and attorneys' fees except as provided in the Confidential Settlement Agreement.  In accordance with the terms of the Settlement Agreement and as requested by the parties in the instant motion, the Court **INSTRUCTS** Plaintiff Mario Sanchez, individually, to submit a Stipulation of Dismissal as to his claims against 4th Quarter Defendants promptly after all the required terms of the Settlement Agreement have been completed.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, May 14, 2018.

_____
David Alan Ezra
Senior United States Distict Judge